

# United States District Court
# Northern District of Illinois

In the Matter of

USA            Presiding Magistrate Judge Sidney I. Schenkier

v.            Case No. 18-CR-96

Attila Gyulai

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Sidney I. Schenkier, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Harry D. Leinenweber**

Date: Tuesday, May 28, 2019

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Sidney I. Schenkier

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Tuesday, May 28, 2019

# CRIMINAL PROCEDURES

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- Arraignment(s) and/or detention hearings

- Bail/Detention Hearing(s)

..................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: